In the Matter of the Arbitration between AMERICAN RAIL & STEEL CO., Appellant, and INDIA SUPPLY MISSION (GOVERNMENT OF INDIA), Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *post*, p. 793.]

In the Matter of the Liquidation of PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK. JOHN KOERNER, Respondent; ALFRED J. BOHLINGER, Superintendent of Insurance of the State of New York, as Liquidator of Preferred Accident Insurance Company of New York, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the report disaffirmed. On the record there was no showing of negligence on the part of the garage owner, and the evidence established contributory negligence on the part of the claimant. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

In the Matter of ANNA E. DONNELLY, Appellant, against JOSEPH A. McNA-MARA et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

GEORGE W. McGRATH, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, with $20 costs and disburse-ments to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan and Bergan, JJ. [See *post*, pp. 698, 794.]

LEWIS H. SAPER, as Trustee in Bankruptcy of the Estate of Tangredi Contracting Corp., Appellant, v. DEPOT CONSTRUCTION CORP., Respondent.— Judgment awarded plaintiff unanimously modified to increase the amount thereof from $7,965.25 to $8,020.64 and, as so modified, affirmed, with costs to the respondent. The allowance of 10% to the defendant for its overhead is computed at $1,191.92, since the aggregate cost of completing the subcon-tractor's contract was $11,919.19. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

JAMES KATSAROS et al., Respondents, v. NICHOLAS PALEOLOGOS et al., Appel-lants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

MOLLIE GALLIGAN, Appellant, v. ARTHUR NEMBACH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [See *post*, p. 783.]